Douglas GREEN, Petitioner–Appellant,

v.

Cole JETER, Warden, Federal Medical Center Fort Worth, Respondent–Appellee.

No. 05–10377.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 8, 2005.

Douglas Wayne Green, Fort Worth, TX, pro se.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Convicted in 1997 on drug charges and given a 144–month sentence, Douglas Green (federal prisoner # 72853–079), pursuant to 28 U.S.C. § 2241, challenges, *pro se*, the Bureau of Prisons' (BOP's) method of calculating his good-time credits under 18 U.S.C. § 3624(b).

Green claims the BOP incorrectly interpreted § 3624(b), resulting in the potential loss of 84 days of good-time credits. Green seeks to have the BOP ordered to credit him the total amount of good-time credits (648 days) to which he believes he is entitled, based on his 12–year sentence.

In *Sample v. Morrison*, 406 F.3d 310, 312–13 (5th Cir.2005), for the claim Green advances, the appeal was dismissed for lack of subject-matter jurisdiction because the petition was not ripe for review. The court concluded the "temporally distant and speculative nature" of the claims rendered the § 2241 petition premature. *Id.*

Green is seeking the same relief found premature in *Sample*. Therefore, this instant appeal is **DISMISSED** for lack of subject-matter jurisdiction.

***APPEAL DISMISSED.***

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.